**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | |
| ) | |
| **JULIUS WAYNE MILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 17-cv-1619 (APM)** |
| ) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 31, the District of Columbia and Warden Lennard Johnson's Motion to Dismiss, ECF No. 11, is granted; the Federal Defendants' Motion to Dismiss, ECF No. 22, is granted; and this action is dismissed with prejudice.

This is a final, appealable order.

Dated: August 3, 2018                                    Amit P. Mehta
                                                        United States District Judge